# Earnings Statement 

```
SEQ 000404
COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105
```

Period Beginning:  04/28/2025
Period Ending:    05/04/2025
Pay Date:         05/07/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

HUSSEIN YEHIA ELTARAHOUNI
2517 N MASCHER ST
PHILADELPHIA, PA 19133

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | |
| Overtime | 24.0000 | 25.50 | 612.00 | |
| **Gross Pay** | | | **$1,252.00** | 19,650.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Hours | 65.50 | |
| Totl Hrs Worked | 65.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -114.17 | 1,682.19 |
| | Social Security Tax | -77.62 | 1,218.30 |
| | Medicare Tax | -18.16 | 284.93 |
| | PA State Income Tax | -38.44 | 603.26 |
| | Philadelphia Income Tax | -46.95 | 736.91 |
| | NJ SUI Tax | -5.32 | 83.51 |
| | NJ SDI Tax | -2.88 | 45.20 |
| | NJ Paid Family Leave Ins | -4.14 | 64.85 |
| **Net Pay** | | **$944.32** | |
| Check 1 | | -944.32 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,252.00

© 1998, 2006. ADP, INC. All Rights Reserved.
© 2000 ADP, Inc.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105

Advice number: 00000190013
Pay date: 05/07/2025

**THIS IS NOT A CHECK**

Deposited to the account of
HUSSEIN YEHIA ELTARAHOUNI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6473 | xxxx xxxx | $944.32 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

A75470626

**Earnings Statement** 

COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105

SEQ 000559

Period Beginning: 05/05/2025
Period Ending: 05/11/2025
Pay Date: 05/14/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

HUSSEIN YEHIA ELTARAHOUNI
2517 N MASCHER ST
PHILADELPHIA, PA 19133

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | |
| Overtime | 24.0000 | 22.50 | 540.00 | |
| **Gross Pay** | | | **$1,180.00** | 20,830.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Hours | 62.50 | |
| Totl Hrs Worked | 62.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -102.40 | 1,784.59 |
| Social Security Tax | -73.16 | 1,291.46 |
| Medicare Tax | -17.11 | 302.04 |
| PA State Income Tax | -36.23 | 639.49 |
| Philadelphia Income Tax | -44.25 | 781.16 |
| NJ SUI Tax | -5.02 | 88.53 |
| NJ SDI Tax | -2.71 | 47.91 |
| NJ Paid Family Leave Ins | -3.89 | 68.74 |
| **Net Pay** | **$895.23** | |
| Check 1 | -895.23 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,180.00

© 2000 ADP, Inc.
© 1998, 2006. ADP, INC. All Rights Reserved.
TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105

Advice number: 00000200013
Pay date: 05/14/2025

Deposited to the account of
HUSSEIN YEHIA ELTARAHOUNI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6473 | xxxx xxxx | $895.23 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

A82965249

▲ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▽

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

# Earnings Statement 

SEQ 000700

**COUSINS SUPERMARKET INC. NO.1**
**200 MARLTON PIKE**
**CAMDEN, NJ 08105**

Period Beginning: 05/12/2025
Period Ending:   05/18/2025
Pay Date:        05/21/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**HUSSEIN YEHIA ELTARAHOUNI**
**2517 N MASCHER ST**
**PHILADELPHIA, PA 19133**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | |
| Overtime | 24.0000 | 22.00 | 528.00 | |
| Gross Pay | | | $1,168.00 | 21,998.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Hours | 62.00 | |
| Totl Hrs Worked | 62.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -100.96 | 1,885.55 |
| Social Security Tax | -72.42 | 1,363.88 |
| Medicare Tax | -16.93 | 318.97 |
| PA State Income Tax | -35.86 | 675.35 |
| Philadelphia Income Tax | -43.80 | 824.96 |
| NJ SUI Tax | -4.96 | 93.49 |
| NJ SDI Tax | -2.69 | 50.60 |
| NJ Paid Family Leave Ins | -3.85 | 72.59 |
| **Net Pay** | **$886.53** | |
| Check 1 | -886.53 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,168.00

© 2000 ADP, Inc.
© 1998, 2006, ADP, INC. All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**COUSINS SUPERMARKET INC. NO.1**
**200 MARLTON PIKE**
**CAMDEN, NJ 08105**

Advice number: 00000210013
Pay date: 05/21/2025

Deposited to the account of
**HUSSEIN YEHIA ELTARAHOUNI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6473 | xxxx xxxx | $886.53 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS.  HOLD AT AN ANGLE TO VIEW.

A92554142

DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

Earnings Statement 

COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105

Period Beginning: 06/02/2025
Period Ending: 06/08/2025
Pay Date: 06/11/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

HUSSEIN YEHIA ELTARAHOUNI
2517 N MASCHER ST
PHILADELPHIA, PA 19133

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | |
| Overtime | 24.0000 | 27.75 | 666.00 | |
| **Gross Pay** | | | **$1,306.00** | 25,724.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 67.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -126.05 | 2,224.33 |
| | Social Security Tax | -80.97 | 1,594.89 |
| | Medicare Tax | -18.94 | 373.00 |
| | PA State Income Tax | -40.09 | 789.73 |
| | Philadelphia Income Tax | -48.98 | 964.69 |
| | NJ SUI Tax | -5.55 | 109.33 |
| | NJ SDI Tax | -3.01 | 59.17 |
| | NJ Paid Family Leave Ins | -4.31 | 84.89 |

| | | |
|---|---|---|
| **Net Pay** | | **$978.10** |
| Check 1 | | -978.10 |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are $1,306.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105

Advice number: 00000240013
Pay date: 06/11/2025

Deposited to the account of
HUSSEIN YEHIA ELTARAHOUNI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6473 | xxxx xxxx | $978.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

B03373268

DO NOT WRITE / SIGN / STAMP BELOW THIS TYPE ▽

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

# Earnings Statement 

COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105

Period Beginning: 05/26/2025
Period Ending: 06/01/2025
Pay Date: 06/04/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

HUSSEIN YEHIA ELTARAHOUNI
2517 N MASCHER ST
PHILADELPHIA, PA 19133

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 40.00 | 640.00 | |
| Overtime | 24.0000 | 24.50 | 588.00 | |
| Gross Pay | | | $1,228.00 | 24,418.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -108.89 | 2,098.28 |
| | Social Security Tax | -76.14 | 1,513.92 |
| | Medicare Tax | -17.80 | 354.06 |
| | PA State Income Tax | -37.70 | 749.64 |
| | Philadelphia Income Tax | -46.05 | 915.71 |
| | NJ SUI Tax | -5.22 | 103.78 |
| | NJ SDI Tax | -2.82 | 56.16 |
| | NJ Paid Family Leave Ins | -4.05 | 80.58 |
| Net Pay | | $929.33 | |
| Check 1 | | -929.33 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd Hours | 64.50 | |
| Totl Hrs Worked | 64.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,228.00

SEQ 000724

© 1998, 2006. ADP, INC. All Rights Reserved.
© 2000 ADP, Inc.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

COUSINS SUPERMARKET INC. NO.1
200 MARLTON PIKE
CAMDEN, NJ 08105

Advice number: 00000230013
Pay date: 06/04/2025

Deposited to the account of
HUSSEIN YEHIA ELTARAHOUNI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6473 | xxxx xxxx | $929.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

▨ THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW. ▨

A91584273

▽ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▽

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

COP1BAN CAPTURE* ANTI-FRAUD PROTECTION